IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-10102
_____

SCOTT GUNN; LISA GUNN,

                                        Plaintiffs-Appellees,

versus

OLEN MANNING, ET AL,

                                        Defendants,

OLEN MANNING,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-2831-AH)
_____

December 8, 1997

Before WISDOM, HIGGINBOTHAM and STEWART, Circuit Judges.

PER CURIAM:[*]

    We are persuaded that any defense of qualified immunity enjoyed by defendants presents genuine issues of material fact.

    We affirm the district court's denial of summary judgment.

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.